## WIGGINS *v.* THE STATE.

LUMPKIN, P. J. The charge, considered in the light of all the evidence, was neither erroneous nor incomplete, but sufficiently submitted the issues involved, and there was ample evidence to sustain the verdict of voluntary manslaughter. Indeed, there was testimony which would have justified a conviction of murder. Further comment is, unnecessary, as no new question is presented for determination.
*Judgment affirmed. All the Justices concurring.*

Argued January 15,—Decided January 25, 1900.

Indictment for murder. Before Judge Hart. Putnam superior court. September term, 1899.

*W. F. Jenkins & Son,* for plaintiff in error. *H. G. Lewis, solicitor-general, J. S. Turner,* and *W. B. Wingfield,* contra.

---

## GRIER *v.* THE STATE.

LITTLE, J. The evidence authorized the verdict, and it does not appear that the judge committed any error in rejecting evidence.
*Judgment affirmed. All the Justices concurring.*

Argued January 15,— Decided January 25, 1900.

Indictment for murder. Before Judge Reagan. Henry superior court. October term, 1899.

*W. A. Brown* and *G. W. Bryan,* for plaintiff in error. *O. H. B. Bloodworth, solicitor-general,* contra.